# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NOLAN J. GAUBERT, II AND
JANE GAUBERT GRIFFIN

NO.   2024 CW 0185

VERSUS

GAUBERT OIL COMPANY, INC.,
AND GAUBERT REALTY COMPANY,
INC.

**APRIL 4, 2024**

---

In Re:   Nolan J. Gaubert, II and Jane Gaubert Griffin,
applying for supervisory writs, 17th Judicial District
Court, Parish of Lafourche, No. 141638.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT